| | | |
|---|---|---|
| UNITED STATES COURT OF APPEALS | | **FILED** |
| FOR THE NINTH CIRCUIT | | JUN 2 2025 |
| | | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

UNITED STATES OF AMERICA,

    Plaintiff - Appellee,

v.

FILIBERTO ESCALANTE, AKA Angel,

    Defendant - Appellant.

No. 25-3233

D.C. No. 8:20-cr-00171-JVS-7
Central District of California, Santa Ana

ORDER

Counsel Christopher A. Darden represented appellant in the district court and has not been granted leave to withdraw. Although appellant filed a pro se notice of appeal, counsel Darden continues as appellant's counsel on appeal. *See* 9th Cir. R. 4-1(a).

The fees for this appeal are also overdue.

Within 14 days, appellant must pay $605 to the district court and file proof of payment in this court. Alternatively, if counsel wishes to withdraw, counsel must file a motion that complies with Ninth Circuit Rule 4-1(c).

The existing briefing schedule remains in effect.

The clerk will serve this order on appellant individually.

                                        FOR THE COURT:

                                        MOLLY C. DWYER
                                        CLERK OF COURT